IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LUIS SAIS, JR, <br> # 60078-080, <br> Petitioner, <br> <br> vs. <br> <br> WARDEN K. ZOOK, <br> Respondent. | ) <br> ) <br> ) <br> ) <br> )    No. 3:21-CV-2415-N (BH) <br> ) <br> ) <br> ) |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.  For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the *Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241*, received on October 1, 2021 (doc. 3), is **DISMISSED** for lack of jurisdiction.

A certificate of appealability (COA) is not required for a federal inmate to appeal the denial of relief under 28 U.S.C. § 2241.  *See Padilla v. United States*, 416 F.3d 424, 425 (5th Cir. 2005). If the petitioner files a notice of appeal, he must pay the $505.00 appellate filing fee or submit a motion to proceed *in forma pauperis* and a properly signed certificate of inmate trust account.

**SIGNED this 6th day of January, 2023.**

_____
**CHIEF UNITED STATES
DISTRICT JUDGE**